# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159333(14)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

LISA E. HAMILTON,
           Plaintiff-Appellee,

v

           SC: 159333
           COA: 345191
           Otsego CC: 16-016552-NH

NORTHERN IMAGING ASSOCIATES, P.C.,
RYAN R. HOENICKE, M.D. and MICHAEL W.
KUHN, D.O.,
           Defendants-Appellants.
_____/

       On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before June 20, 2019.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2019



               Clerk